

# NUMBER 13-17-00709-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CRAIG CHANG,                                                                                      Appellant,

v.

DEANNA L. CHANG,                                                                                 Appellee.

## On appeal from the 24th District Court
## of Victoria County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Chief Justice Valdez

Appellant, Craig Chang, filed an appeal from a judgment entered by the 24th District Court of Victoria County, Texas, in cause number 17-02-80663-A. This cause is before the Court on appellant's motion to voluntarily dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
15th day of March, 2018.